UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,     CRIMINAL NO. 04-80370

        Plaintiff,     HON. JOHN CORBETT O'MEARA

-vs-

D-4   AKRAM ABDUL KARIM BERRO,

        Defendant.
_____/

**INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1. | Chart: Jamal Berro's Standard Federal Checking Account. |
| 2. | Chart: Akram Berro's Comerica Bank Checking Account. |
| 3. | Chart: Akram and Jamal Berro's Fraudulent Charges at Sigma, BDI and Martin & Snyder. |
| 4. | Chart: Bust Out Charges by Jamal and Akram Berro at Sigma, BDI and Martin & Snyder. |
| 5. | Bust Out Pattern of Charges by Jamal and Akram Berro at Clothing Stores. |
| 6. | Five-Month Snapshot of Akram and Jamal Berro's Credit Card Debt. |
| 7. | Akram and Jamal's Claimed Assets versus Credit Cards in Bankruptcy. |
| 8. | Photos of Labana Woods |
| 9. | Portions of Bankruptcy Hearing |